# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-13-00051-CV

**Warren Whisenhunt**

**v.**

**Matthew Lippincott and Creg Parks**

(No. CV41303 IN COUNTY COURT AT LAW OF HOPKINS COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | JON M SMITH |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | DAVID W DODGE |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | JON M SMITH |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | DAVID W DODGE |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | JON M SMITH |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | JON M SMITH |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | DAVID W DODGE |
| MOTION FEE | $10.00 | E-PAID | DAVID W DODGE |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | DAVID W DODGE |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | JON M SMITH |
| SUPPLEMENTAL CLERK'S RECORD | $84.00 | PAID | JON MICHAEL SMITH |
| INDIGENCY FEE | $25.00 | PAID | JON MICHAEL SMITH |
| FILING | $100.00 | PAID | JON MICHAEL SMITH |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | JON MICHAEL SMITH |
| CLERK'S RECORD | $124.00 | PAID | MCCATHERN, PLLC |
| REPORTER'S RECORD | $420.00 | PAID | MCCATHERN, PLLC |
| FILING | $175.00 | NOT PAID | MCCATHERN, PLLC |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | STEPHANIE M ALMETER |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas: $175.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this November 25, 2015.

**DEBRA AUTREY, CLERK**

By _____
Deputy